ORIGINAL

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 20 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :     **SEALED INDICTMENT**

    - v. -                            :     19 Cr. ___

COLIN AKPARANTA,                     :     **19 CRIM 363**
    a/k/a "AK,"
    a/k/a "Akon,"                     :
    a/k/a "Africa,"
            Defendant.       :

- - - - - - - - - - - - - - - - x

### Overview

    1.    At all times relevant to this Indictment, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, was a Correctional Officer employed by the United States Bureau of Prisons ("BOP") with custodial, supervisory, and disciplinary authority over inmates incarcerated at the Metropolitan Correctional Center ("MCC"), a Federal prison located in New York, New York. AKPARANTA worked in the unit that housed female inmates at the MCC (the "Unit").

    2.    Between in or around late 2012 and in or about April 2018, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, used his official position to engage in sexual acts with at least four female inmates at the MCC ("Victim-1," "Victim-2," "Victim-3," and "Victim-4"; collectively, the "Victims") while they were under AKPARANTA's

JUDGE SCHOFIELD

custodial, supervisory, and disciplinary authority in the Unit. In addition, AKPARANTA smuggled contraband, including, but not limited to, personal hygiene items, makeup, and food into the MCC for some of the Victims, and, with respect to at least one of the Victims, explicitly conditioned his provision of contraband on the inmate's continued performance of sexual acts with him.  In an effort to conceal his unlawful conduct, AKPARANTA told at least one of the Victims not to tell anyone because no one would believe her.  AKPARANTA also asked the Victims for their contact information in order to reach them after their release.

### "Victim-1"

3.   From in or about January 2018 through in or about April 2018, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, engaged in sexual acts with Victim-1 in an area of the Unit that was outside of the view of security cameras (the "Bubble").  AKPARANTA urged Victim-1 to engage in sexual acts with him in exchange for contraband and special treatment as an inmate, and told her not to tell anyone. AKPARANTA touched Victim-1's breasts and buttocks, and digitally penetrated Victim-1's vagina, which caused physical pain to Victim-1.  AKPARANTA also requested that Victim-1 touch AKPARANTA's penis over his pants, which Victim-1 did.

### "Victim-2"

4. In or about September and October 2017, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, approached Victim-2 while Victim-2 was in a cell designed for solitary confinement, and signaled to her that he wanted her to engage in sexual acts with him. AKPARANTA proceeded to engage in sexual acts with Victim-2, including touching her breasts and digitally penetrating Victim-2's vagina through the slotted door of the cell, causing physical pain to Victim-2. AKPARANTA fondled Victim-2 while escorting her to the shower. AKPARANTA also requested that Victim-2 touch AKPARANTA's penis over his pants, which Victim-2 did.

### "Victim-3"

5. In or about September and October 2017, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, approached Victim-3 while Victim-3 was in a cell designed for solitary confinement, and indicated to her that he wanted her to engage in sexual acts with him. AKPARANTA proceeded to engage in a sexual act with Victim-3 by digitally penetrating Victim-3's vagina through the slotted door of the cell.

### "Victim-4"

6. In or about late 2012, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, engaged in sexual acts with Victim-4 in the Bubble. AKPARANTA touched Victim-4's breasts and clitoris. AKPARANTA also requested that Victim-4 touch AKPARANTA's penis over his pants, which Victim-4 did.

### COUNT ONE

### (Sexual Abuse of a Ward – Victim-1)

The Grand Jury charges:

7. The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

8. From in or about January 2018, up to and including in or about April 2018, in the Southern District of New York and elsewhere, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA penetrated the genital opening of Victim-1 with a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and

gratify the sexual desire of any person, and while Victim-1 was in official detention at the MCC and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2243(b).)

## COUNT TWO

### (Abusive Sexual Contact – Victim-1)

The Grand Jury further charges:

9.   The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

10.  From in or about January 2018, up to and including in or about April 2018, in the Southern District of New York and elsewhere, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in sexual contact, as defined in Title 18, United States Code, Section 2246(3), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA engaged in the intentional touching directly and through the clothing of the genitalia, breast, and buttocks of Victim-1 with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, while Victim-1 was in official detention at the MCC and under the custodial,

5

supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2244(a)(4).)

## COUNT THREE

### (Sexual Abuse of a Ward - Victim-2)

The Grand Jury further charges:

11.  The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

12.  In or about September and October 2017, in the Southern District of New York, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA penetrated the genital opening of Victim-2 with a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, and while Victim-2 was in official detention at the MCC and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2243(b).)

## COUNT FOUR

### (Abusive Sexual Contact – Victim-2)

The Grand Jury further charges:

13. The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

14. In or about September and October 2017, in the Southern District of New York, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in sexual contact, as defined in Title 18, United States Code, Section 2246(3), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA engaged in the intentional touching directly and through the clothing of the genitalia, breast, and buttocks of Victim-2 with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, while Victim-2 was in official detention at the MCC and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2244(a)(4).)

## COUNT FIVE

### (Deprivation of Civil Rights - Victim-2)

The Grand Jury further charges:

15. The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

16. In or about September and October 2017, in the Southern District of New York and elsewhere, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, while acting under color of laws of the United States, did willfully subject a person in the State of New York to the deprivation of rights secured and protected by the Constitution and laws of the United States, to wit, the right not to be deprived of liberty without due process of law, which includes the right to bodily integrity, which deprivation resulted in bodily injury to a person, to wit, AKPARANTA, while working as a Correctional Officer at the MCC, used his position of authority to coerce Victim-2 into submitting to sexual acts and sexual contact, as defined in Title 18, United States Code, Sections 2246(2) and (3), and thereby caused bodily injury to Victim-2.

(Title 18, United States Code, Section 242.)

## COUNT SIX

### (Sexual Abuse of a Ward - Victim-3)

The Grand Jury further charges:

17. The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

18. In or about September and October 2017, in the Southern District of New York, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA penetrated the genital opening of Victim-3 with a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, and while Victim-3 was in official detention at the MCC and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2243(b).)

**COUNT SEVEN**

**(Abusive Sexual Contact - Victim-3)**

The Grand Jury further charges:

19.     The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

20.     In or about September and October 2017, in the Southern District of New York, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in sexual contact, as defined in Title 18, United States Code, Section 2246(3), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA engaged in the intentional touching directly and through the clothing of the genitalia of Victim-3 with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, while Victim-3, was in official detention at the MCC and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2244(a)(4).)

10

## COUNT EIGHT

### (Sexual Abuse of a Ward – Victim-4)

The Grand Jury further charges:

21. The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

22. In or about late 2012, in the Southern District of New York, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(C), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA penetrated the genital opening of Victim-4 with a finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, and while Victim-4 was in official detention at the MCC and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2243(b).)

## COUNT NINE

### (Abusive Sexual Contact – Victim-4)

The Grand Jury further charges:

23.  The allegations contained in paragraphs 1 to 6 of this Indictment are repeated and realleged as if fully set forth herein.

24.  In or about late 2012, in the Southern District of New York and elsewhere, COLIN AKPARANTA, a/k/a "AK," a/k/a "Akon," a/k/a "Africa," the defendant, did knowingly engage in sexual contact, as defined in Title 18, United States Code, Section 2246(3), in a Federal prison, with another person who was in official detention and under the custodial, supervisory, and disciplinary authority of AKPARANTA, to wit, AKPARANTA engaged in the intentional touching directly and through the clothing of the genitalia and breast of Victim-4 with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, while Victim-4, was in official detention at the MCC, and under the custodial, supervisory, and disciplinary authority of AKPARANTA.

(Title 18, United States Code, Section 2244(a)(4).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

**COLIN AKPARANTA,**

Defendant.

---

SEALED INDICTMENT

19 Cr. \_\_\_

(Title 18, United States Code, Sections
242, 2243(b), and 2244(a)(4).)

*[signature]*  GEOFFREY S. BERMAN
Foreperson.    United States Attorney.

---

May 20, 2019
Filed Sealed Indictment. U.S.M.J. Debra Freeman