USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **MAY 2 1 2019**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

COLIN AKPARANTA,
  a/k/a "AK,"
  a/k/a "Akon,"
  a/k/a "Africa,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>UNSEALING ORDER</u>

19 Cr. 363 (UA)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Lara Pomerantz, Sarah Krissoff, and Rachael Doud;

It is found that the indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned actions be unsealed for all purposes.

Dated: New York, New York
      May 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 1 2019