U.S. Department of Justice
Office of the Inspector General

# EVIDENCE CUSTODY DOCUMENT

| OFFICE | CASE # | | LOG # | DATE AND TIME OF SEIZURE |
|--------|--------|--|-------|--------------------------|
| NYFO | 2019-000359 | | | 10/15/18:  Approx. 11:25 p.m. |

| PROPERTY SEIZED FROM | LOCATION OF SEIZURE |
|----------------------|---------------------|
| MCC CO Colin Akparanta | Metropolitan Correctional Center - Manhattan, NY, |

| ITEM | DESCRIPTION OF THE PROPERTY SEIZED |
|------|-------------------------------------|
| 1)<br>2) | 1 plastic bag containing:<br>2 Eye Lining Pencils<br>2 Coco Butter Sticks<br><br>(Item seized pursuant to search warrant) |

| NAME AND SIGNATURE OF WITNESS | NAME AND SIGNATURE OF SEIZING SPECIAL AGENT |
|-------------------------------|---------------------------------------------|
| SA David Carpenter | SA Omar Daza |

## CHAIN OF CUSTODY

| ITEM | DATE/TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-----------|-------------|-------------|---------|
| 1-2 | 10/15/18 11:25PM | SA O. Daza | SA D. Carpenter | Inventory/Safekeeping |
| | 10/16/18 1530 | SA DAZA | SA BRACCINI US AO S NY | STORE EVIDENCE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OIG FORM III – 234/1 (04/23/07)

Exhibit A, Search Inventory, p.1

SDNY_00000410







U.S. Department of Justice

Office of the Inspector General

# EVIDENCE CUSTODY DOCUMENT

| OFFICE | CASE # | LOG # | DATE AND TIME OF SEIZURE |
|--------|--------|-------|--------------------------|
| NYFO | 2019-000359 | | 10/15/18: At approx. 9:15 a.m. |

| PROPERTY SEIZED FROM | LOCATION OF SEIZURE |
|----------------------|---------------------|
| MCC Staff Locker #33 under the control of CO Colin Akparanta | Metropolitan Correctional Center - Manhattan, NY |

| ITEM | DESCRIPTION OF THE PROPERTY SEIZED |
|------|-------------------------------------|
| 1) | 1 plastic bag containing 2 separate and distinct list of specific items |
| 2) | 1 plastic bag BEPblue.org bag containing, misc. papers to include: |
| | A) 1 piece of paper with two BOP Inmate numbers written on it |
| | B) 1 internet printout out a two bears with a heart between them |
| | C) Notes on how to get in contact with the family of inmate #78249054 |
| | D) Piece of paper with phone number 347-623-5475 |
| | E) Piece of paper with prayer request of Sasha Santiago |
| | F) Target gift Card |
| | G) list of goods listing 3 items |
| | H) Various papers with contact information for inmates located in BOP Pants found |
| 3) | Photographs of unknown woman |
| | 3 "Shanks" |
| | (Items seized pursuant to search warrant) |

| NAME AND SIGNATURE OF WITNESS | NAME AND SIGNATURE OF SEIZING SPECIAL AGENT |
|-------------------------------|---------------------------------------------|
| *D Carpenter* <br> SA David Carpenter | *Daza* <br> SA Omar Daza |

## CHAIN OF CUSTODY

| ITEM | DATE/TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-----------|-------------|-------------|---------|
| 1-3 | 10/15/18 9:15PM | SA O. Daza *Daza* | SA D. Carpenter *Carpenter* | Inventory/Safekeeping |
| | 10/16/18 1530 | *SA Daza* | *SA Braccini* | STORE EVIDENCE Analysis |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OIG FORM III – 234/1 (04/23/07)

SDNY_00000412



SDNY_00000413



SDNY_00000414

mannanboss — Facebook
6465 044 988 — Chishti Wahab
6465 83 2272 — Khushi — waife
470-26-51 333 — Erfan kadri

Chishtibada 786 @ gmail.com

SDNY_00000415



SDNY_00000416

313 727
     60 28

d1 961 391 0091

Soh N

SDNY_00000417

SDNY_00000418

UDEZE IGNATIUS BENJAMIN EZENWA
75989-054
WIFE → UDEZE UCHE
        Udezeuche@yahoo.com
        +234 8032222 611
BROTHER- UDEZE ROMMY
        +234 8035036161

MY FRIEND →
    RAHEEM BRENNERMAN

SDNY_00000419

U.S. Department of Justice

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

SDNY_00000420



Exhibit A, Search Inventory, p.12

SDNY_00000421



Exhibit A, Search Inventory, p.13

SDNY_00000422



Exhibit A, Search Inventory, p.14

SDNY_00000423



Exhibit A, Search Inventory, p.15

SDNY_00000424

IN HOUSE

KGB — 300

Jane Ivy — 100

Akasike — 100

## OUT-SIDERS

Donald Nwagwe $ 250

Chief Ibegbulam 200 pd cash right there.

Chief ~~Ibo~~ from gjo 300

Total 1,250

SDNY_00000425

Mama 386

803-761-0059

812-359-8430

Stella

803/759·2744

818/253·9355

Amarachi Oba

701·540·0152

Ndudi

810-566-9816

908-350-5617

Churchill

806/120-145'

Chochi sister

447-908·298

662-120-294

Lizzy Teacher

706/876-21'

John Happiness D. Ronnor

903-603-2777

817-037-5752

Divetravel Jenny

904-757-2004

Clara Chukwu — 803/326-6312

302/120-2941

# Prayer Request

Pray For me Sacha Santiago my Case my freedom, my daughter Sophia Garcia. my family health.

Pray For kalilie herrea, Franchesa morales Family and Freedom

SDNY_00000427

- 2 palmers success cocoa butter sticks
- 2 nail filers thick ones.
- pink construction paper
- 2 deep conditioner.
- 2 stud earings

Free hello kitty crochet pattern

SDNY_00000428



Exhibit A - Search Inventory
SDNY_0000042

mascara (black)
lip gloss
tweezers
perfume
eye pencil (black)
cookies
good food

SDNY_00000430

1 dark BROwn eye brow Pencil.

1 coconut oil

4 Black hair Filler
1 weave Stocking cap

SDNY_00000431



Keratin
CanD'iDona ir
coco Butter Sticks

SDNY_00000432

Ayodele . Adeniran 7824 9 o 5 4

cousin email :- cogbogye msn.com

personal email :- aadeni 33 e smail.com

cousin # :- laurence :- 347 866 8072

adenicanayodele@gmail.com .

SDNY_00000433

$(T\omega T)$

TA2 Girl Friend — 631-357-6885

Bishop Ronald Austin
1662 Brodway
BK, NY, 11208

SDNY_00000434



Exhibit A, Search Inventory, p.26

SDNY_00000435