

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/06/2020
```

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Colin Akparanta,
              19 Cr. 363 (LGS)

Dear Judge Schofield:

    The Government writes, with the consent of defense counsel, to respectfully request a brief adjournment of the next scheduled appearance in this matter. The parties are working on the details of a potential disposition and will not have them finalized by the next scheduled conference, currently set for January 7, 2020, at 11 a.m. As such, the parties propose a brief adjournment until the week of January 20, 2020 at a date and time convenient for the Court. This is the first request for an adjournment of this conference.

    The Government also respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. An exclusion of time serves the interests of justice in that it will permit the parties to continue to discuss a potential pretrial resolution of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:       /s/
Lara Pomerantz
Sarah Krissoff
Rachael Doud
Assistant United States Attorneys
(212) 637-2343/2232/3274

cc:  Nicholas Kaizer, Esq. (via email)

---

Application Granted. The status conference currently scheduled for January 7, 2020 is adjourned to **January 23, 2020 at 11:00 a.m.** For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and January 23, 2020 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and January 23, 2020 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 35.

Dated: January 6, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE