

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020
```

Re:   United States v. Colin Akparanta,
      19 Cr. 363 (LGS)

Dear Judge Schofield:

The Government writes, with the consent of defense counsel, to respectfully request a brief adjournment of the next scheduled appearance in this matter. The parties are continuing to work on the details of a potential disposition and will not have them finalized by the next scheduled conference, currently set for January 23, 2020, at 11 a.m. As such, the parties propose an adjournment of three to four weeks, at a date and time convenient for the Court.

The Government also respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. An exclusion of time serves the interests of justice in that it will permit the parties to continue to discuss a potential pretrial resolution of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   _____s/_____
      Lara Pomerantz
      Sarah Krissoff
      Rachael Doud
      Assistant United States Attorneys
      (212) 637-2343/2232/3274

cc:   Nicholas Kaizer, Esq. (via email and ECF)

Application GRANTED. The status conference currently scheduled for January 23, 2020, is adjourned to **February 27, 2020, at 11:00 a.m**. For the reasons stated above, the Court finds that the ends of justice are served by excluding the time between today and February 27, 2020, and outweigh the best interests of the public and of Defendant to a speedy trial, as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and February 27, 2020, is excluded. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 37.

Dated: January 21, 2020
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**