```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :   19 Cr. 363 (LGS)
              -against-                                     :
                                                            :       ORDER
COLIN AKPARANTA,                                            :
                              Defendant,                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference previously scheduled for February 27, 2020 at 11:00 a.m. is adjourned to **February 27, 2020 at 2:20 p.m.**

Dated: February 13, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**