```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                    Plaintiff,              :
                                                            :     19 Cr. 363 (LGS)
                 -against-                                  :
                                                            :     SCHEDULING ORDER
    COLIN AKPARANTA,                                        :
                                    Defendant,              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/05/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Colin Akparanta's sentencing hearing shall be held on **July 2, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **June 8, 2020**.  The Government's pre-sentencing submission, if any, shall be filed by **June 11, 2020.**

Dated: March 5, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**