# LEVITT & KAIZER
### ATTORNEYS AT LAW

RICHARD WARE LEVITT⁺
rlevitt@landklaw.com

NICHOLAS G. KAIZER⁺
nkaizer@landklaw.com

EMILY GOLUB
 OF COUNSEL

⁺ ADMITTED IN N.Y., FLA., AND D.C.

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

June 5, 2020

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application Granted. Defendant Akparanta's sentencing hearing is adjourned to September 22, 2020 at 11:00 a.m. Defendant's submission shall be filed by August 31, 2020. The Government's submission, if any, shall be filed by September 3, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 48.
>
> Dated: June 5, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   **USA v. Colin Akparanta,
      19 Cr. 363 (LGS)**

Dear Judge Schofield:

   We represent Colin Akparanta, who is scheduled to be sentenced July 2, 2020. Our sentencing memorandum is due to be filed on or before June 8. Mr. Akparanta is released on a secured bond and residing with his family in New Jersey. Due to the current pandemic and the need for us effectively represent Mr. Akparanta, we respectfully request an adjournment of sentence and sentencing submissions. We suggest a sentencing date in mid-September. The government does not object to this request. This is our first adjournment request.

                            Respectfully,

                            Nicholas Kaizer

cc:   AUSA Sara Krissoff
      AUSA Rachel Doud
      AUSA Lara Pomerantz