UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                               Plaintiff,        :
                                                            :   19 Cr. 363 (LGS)
              -against-                                    :
                                                            :
COLIN AKPARANTA,                                            :   SCHEDULING ORDER
                             Defendant,       :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a sentencing hearing is currently scheduled for December 8, 2020.

      WHEREAS the parties filed a letter consenting to appear remotely. (Dkt. No. 56)  It is hereby,

      **ORDERED** that the sentencing hearing currently scheduled for December 8, 2020, will be conducted via videoconference.  The defendant, his counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email.  Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

      The Clerk of the Court is directed to terminate the letter motion at docket number 56.


Dated: December 7, 2020
       New York, New York

_____
                **LORNA G. SCHOFIELD**
                **UNITED STATES DISTRICT JUDGE**