UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                         :
UNITED STATES OF AMERICA,             :
                                      Plaintiff,    :
                                                                :          19 Cr. 363 (LGS)
                     -against-                        :
                                                                 :
COLIN AKPARANTA,                         :                 ORDER
                                              Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a sentencing hearing was held on December 8, 2020;

      WHEREAS at the hearing Defendant objected to the imposition of the $5000 statutory assessment set forth in 18 U.S.C. Section 3014 based on the assertion that he is currently indigent;

      WHEREAS the assessment is mandatory in this case, except on a finding that the defendant is indigent. *See United States v. Clarke*, 979 F.3d 82, 101 (2d Cir. 2020). "Merriam-Webster defines "indigent" as "suffering from extreme poverty." The record does not support a finding of extreme poverty. The Presentence Report states (with no objection from Defendant) that he has a net worth of over $150,000; and that he is also entitled to reimbursement of some portion of his pension contributions as well as payment for annual leave of over $3000. Defendant was receiving workman's compensation until very recently resulting in a positive monthly cashflow. Before and after he serves his term of imprisonment, Defendant should be able to work as he is able bodied and has experience working as a security guard. Although Defendant and his family will undoubtedly experience financial hardship while he serves his sentence, Defendant is not without current resources or the ability to earn a salary in the future. It

is hereby

**ORDERED** that Defendant's objection is OVERRULED, and the $5000 statutory assessment set forth in 18 U.S.C. Section 3014 is imposed.

Dated: December 8, 2020
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**