# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

\*  ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

April 1, 2021

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 64.*

*Dated: April 2, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   USA v. Colin Akparanta,
      19 Cr. 363 (LGS)

Dear Judge Schofield:

    We write the Court seeking permission for Mr. Akparanta to travel by bus from his home in New Jersey to Butner, North Carolina, where he has been designated to serve his custodial term of imprisonment. His bail conditions restrict his travel to the SDNY/EDNY and the District of New Jersey (Appearance Bond dated 5/22/2019, Doc 7). Mr. Akparanta is scheduled to surrender on April 23, 2021 and we therefore respectfully request that <u>the conditions of his release be modified to permit his travel and surrender to Butner FCI.</u> We will provide his itinerary to Pretrial and to the government in advance of said travel.

                Respectfully submitted,

                /s/

                Nicholas G. Kaizer
                *Attorney for Colin Akparanta*

cc:   (All counsel of record – via ECF)