# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
Suite 1702
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL

\* ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

September 20, 2024

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Application DENIED. The Clerk of the Court is directed to terminate the letter motion at docket number 66.**

**Dated: September 20, 2024**
**New York, New York**

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Re: USA v. Colin Akparanta, 19 Cr. 363 (LGS)

Dear Judge Schofield:

We write the Court seeking permission for Colin Akparanta to travel to Nigeria to visit his family for approximately 4-6 weeks commencing December 2024. Akparanta served his 40-month custodial sentence and is on supervised release for the past six months without incident.

This week he fully paid his JVTA assessment, and he has no outstanding financial obligations to the government. He will travel with his wife to see their extended family in Nigeria, whom they have not seen since 2018. His children will remain here.

We have communicated with Akparanta's Probation Officer and with the government, neither of whom takes a position to this travel request. We will provide his itinerary to Probation in advance of said travel if this motion is granted.

Respectfully submitted,

/s/

Nicholas G. Kaizer
*Attorney for Colin Akparanta*

cc: Assistant United States Attorney Lara Pomerantz
    USPO Marquese Bayne